JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LUIS ALBERTO MARTINEZ LUNA et al.,

Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,

Defendants.

Case No. 5:26-cv-04366-SB-CTS

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, it is ordered that Petitioner Luis Alberto Martinez Luna's petition for a writ of habeas corpus is denied.

This is a final judgment.

Date: September 22, 2026

Stanley Blumenfeld, Jr.
United States District Judge